UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NICOLE MORGAN,<br><br>Plaintiff,<br><br>vs.<br><br>EFINANCIAL, LLC, FIDELITY LIFE ASSOCIATION,<br><br>Defendants. | 5:26-CV-05054-ECS<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY |

On October 14, 2026, Defendant Fidelity Life Association filed a Motion for Leave to File Sur-reply in response to Plaintiff's Reply in further support of her Motion for Leave to Amend. Doc. 30. District courts may, in their discretion, allow a party "the opportunity to file a sur-reply." Postawko v. Missouri Dep't of Corr., 910 F.3d 1030, 1037 n.3 (8th Cir. 2018). After reviewing Defendants' motion and accompanying exhibit, this Court finds good cause to allow Defendant to file the sur-reply attached as an exhibit to their motion. Therefore, it is hereby

ORDERED that the Motion of Fidelity Life Association, a Legal Reserve Life Insurance Company, for Leave to File Sur-reply in Further Opposition to Plaintiff Nicole Morgan's Motion to Amend Pleadings, Doc. 31, is granted. The Court will allow, however, Plaintiff to respond to the arguments made in the sur-reply should Plaintiff's counsel want to do so. If Plaintiff elects to submit one more brief Plaintiff's arguments must be confined to responding to the arguments made in the sur-reply. Any additional response from Plaintiff is due by November 3, 2026.

DATED this 20th day of October, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE